IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| AVENUE MOTOR SALES, INC., | ) | Case No.: 12-12700 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s): **Thomas E. Springer, Esq. and the firm of Springer Brown, LLC**

Authorized to Provide Professional Services to: **Thomas E. Springer, Trustee of the Estate of Avenue Motor Sales, Inc., Chapter 7 Bankruptcy No. 12-12700**

Date of Order Authorizing Employment:           July 26, 2012

Period for which Compensation is Sought:    July 19, 2012 through October 24, 2013

Amount of Fees Sought:                                      $ 5,751.00

Amount of Expense Reimbursement Sought:    $   0.00

This is an:    Interim Application ___    Final Application  **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____-0-_____.

In re: Avenue Motor Sales, Inc.
Chapter 7 no. 12-12700
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney (TES) | $350.00 | 3.2 | $ 1,200.00 |
| Michele M. Springer, Attorney (MMS) | $325.00 | 1.2 | $ 390.00 |
| Joshua D. Greene, Attorney (JDG) | $300.00 | 9.5 | $ 2,850.00 |
| Meredith S. Fox, Attorney (MSF) | $285.00 | 4.6 | $ 1,311.00 |
| | TOTALS | 18.5 | $5,751.00 |

A Summary and Total of Fee Application Categories is Attached hereto.

DATE: October 24, 2013        APPLICANT:
                              Thomas E. Springer
                              Counsel to Trustee

                              BY: Springer Brown, LLC

                              By:___/s/ Thomas E. Springer_____
                                   Thomas E. Springer
                                   One of His Attorneys

Thomas E. Springer
SPRINGER BROWN, LLC
Wheaton Executive Center
400. S. County Farm Road, Ste. 330
Wheaton, IL 60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| AVENUE MOTOR SALES, INC., | ) | Case No.: | 12-12700 |
| | ) | | |
| Debtor. | ) | Judge Carol A. Doyle | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the firm of SPRINGER BROWN, LLC, (hereinafter "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (hereinafter "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from July 19, 2012 through October 24, 2013. The Application represents 18.5 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation. This Application seeks approval of legal fees in the amount of $5,751.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 29, 2012 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On July 26, 2012, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed its Chapter 7 proceeding on March 29, 2012. At the §341 Meeting of Creditors, the Trustee requested various financial documents from the Debtor as well as copies of vehicle titles. Upon receipt of said requested documents, Applicant reviewed the Debtor's bank statements and general ledger. After investigating various payments made by the Debtor within the one year prior to the Petition Date, it was determined that Margaret Clark ("Clark"), the mother of John Clark, President of the Debtor, had received a total of $54,000.00 in preference payments. Applicant sent a demand letter to Clark, demanding that Clark for turnover of the preference payments. Applicant also sent a demand letter to Windy City Motors but the alleged preference payments were not avoidable.

After Applicant sent the demand letter to Clark, it was learned that Clark had recently passed away, but had left an estate with real estate assets that would eventually be liquidated. Clark's estate asserted defenses to the potential preference action, which Applicant researched. The parties finally negotiated a settlement for a lump sum of $15,000.00, subject to Court approval. Applicant drafted the Motion for Approval of Compromise/Settlement and on February 21, 2013, this Court entered the Order approving the Settlement.

The Trustee reviewed the claims filed and supporting documents thereto and no objections were necessary. Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $5,751.00 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: October 24, 2013

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer Brown, LLC

By: /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000