# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
## EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AVENUE MOTOR SALES, INC. | § | Case No. 12-12700 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,

United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AVENUE MOTOR SALES, INC. | § | Case No. 12-12700 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 189.03 |
| leaving a balance on hand of[1] | $ | 14,810.97 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 5,751.00 | $ 0.00 | $ 5,751.00 |
| Accountant for Trustee Fees: MCGLADREY, LLP | $ 992.00 | $ 0.00 | $ 992.00 |
| Other: International Surities, Ltd. | $ 15.98 | $ 15.98 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,993.00 |
| Remaining Balance | $ | 5,817.97 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 428,442.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Automobile Mechanic's Local No. 701 | $          428,442.00 | $          0.00 | $          5,817.97 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,817.97 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-12700-CAD
Avenue Motor Sales, Inc.                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox          Page 1 of 2          Date Rcvd: Nov 04, 2013
                             Form ID: pdf006       Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2013.
db            #+Avenue Motor Sales, Inc.,    1998 West McKee St.,    Batavia, IL 60510-9749
18700234      AT&T,    P.O. Box 5019,    Carol Stream, IL 60197-5019
18700235     +Automobile Mechanic's Local No. 701,    c/o Jeffrey Krol, Johnson & Krol,
               300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
18700236     +BMO Harris Bank NA,    3800 W. Golf Rd.,    P.O. Box 5037,    Rolling Meadows, IL 60008-5037
18700237     +Chase Auto Finance,    Dealer Reserve Dept.,    P.O. Box 29588,    Phoenix, AZ 85038-9588
18700238     +Cintas Corporation,    P.O. Box 7759,    Romeoville, IL 60446-0759
18700239     +D M Clark Investment Group,    P.O. Box 370,    Batavia, IL 60510-0370
18700241     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
18777322     +Gerald Nissan,    213 Hansen Blvd,    North Aurora, IL 60542-8923
18759329      IKON Financial Services,    1738 Bass Road,    PO Box 13708,    Macon, GA 31208-3708
18700242     +Ikon Financial Services,    P.O. Box 9115,    Macon, GA 31208-9115
18700243     +John W. Clark,    314 North Avenue,    Batavia, IL 60510-1951
18700244     +K & J Motor Sales, LLC,    c/o Joseph R Julius, Reg Agent,    116 S. Arlington Hts Rd., Ste 203,
               Arlington Heights, IL 60005-1948
18700245     +Kane County Treasurer,    719 S. Batavia Ave.,    Geneva, IL 60134-3000
18700246     +Kolonicki Peterson & Wirth, LLC,    1400 Opus Place,    Suite 100,    Downers Grove, IL 60515-5761
18777323      Pitney Bowes Financial Svcs,    Attn: Asset Recovery,    PO Box 371887,    Pittsburgh, PA 15250-7887
18777321     +eBizAutos,    c/o Prestige Svcs, Inc,    21214 Schofield Dr,    Gretna, NE 68028-3977

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18700240*    +D.M. Clark Investment Group,    P.O. Box 370,    Batavia, IL 60510-0370
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2013 at the address(es) listed below:
          Charles J Myler    on behalf of Debtor   Avenue Motor Sales, Inc. cmyler@mrmlaw.com,
            kmyler@mrmlaw.com
          Jeffrey A Krol    on behalf of Creditor    Automobile Mechanics' Local No. 701 Union and Industry
            Pension Fund jeffkrol@johnsonkrol.com
          Joseph E Mallon    on behalf of Creditor    Automobile Mechanics' Local No. 701 Union and Industry
            Pension Fund mallon@johnsonkrol.com,
            gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
          Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
            tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
            jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
            tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com

District/off: 0752-1              User: acox                Page 2 of 2              Date Rcvd: Nov 04, 2013
                                 Form ID: pdf006           Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William P Callinan   on behalf of Creditor   Automobile Mechanics' Local No. 701 Union and
               Industry Pension Fund william@johnsonkrol.com
                                                                                      TOTAL: 9