UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| AVENUE MOTOR SALES, INC. | § | Case No. 12-12700 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Springer Brown, Llc | | | | | |
| MCGLADREY, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | | | | | |
| | AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | | | | | |
| | AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | | | | | |
| | AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | | | | | |
| | Automobile Mechanic's Local No. 701 c/o Jeffrey Krol, Johnson & Krol 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | | | | | |
| | BMO Harris Bank NA 3800 W. Golf Rd. P.O. Box 5037 Rolling Meadows, IL 60008 | | | | | |
| | Chase Auto Finance Dealer Reserve Dept. P.O. Box 29588 Phoenix, AZ 85038 | | | | | |
| | Cintas Corporation P.O. Box 7759 Romeoville, IL 60446 | | | | | |
| | D.M. Clark Investment Group P.O. Box 370 Batavia, IL 60510 | | | | | |
| | Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | Ikon Financial Services P.O. Box 9115 Macon, GA 31208 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John W. Clark 314 North Avenue Batavia, IL 60510 | | | | | |
| | Kane County Treasurer 719 S. Batavia Ave. Geneva, IL 60134 | | | | | |
| | Kolonicki Peterson & Wirth, LLC 1400 Opus Place Suite 100 Downers Grove, IL 60515 | | | | | |
| 1 | Automobile Mechanic's Local No. 70 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-12700   CAD   Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | AVENUE MOTOR SALES, INC. | Date Filed (f) or Converted (c): | 03/29/12 (f) |
| | | 341(a) Meeting Date: | 05/21/12 |
| For Period Ending: 05/13/14 | | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second National Bank | 10.00 | 0.00 | | 0.00 | FA |
| Aurora, IL Business Checking Acct No 1002427175 | | | | | |
| 2. J P Morgan Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| Business Checking Acct No 002555010227207 | | | | | |
| 3. Misc. Office Equipment and Furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Shop Equipment | 12,000.00 | 0.00 | | 0.00 | FA |
| 5. Potential Preference payments to Margaret Clark (u) | 54,000.00 | 54,000.00 | | 15,000.00 | FA |

TOTALS (Excluding Unknown Values)    $70,010.00    $54,000.00    $15,000.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled the preference action with Mary Calrk's estate for a liump sum of $15,000.00.

Initial Projected Date of Final Report (TFR): 02/01/14    Current Projected Date of Final Report (TFR): 02/01/14

LFORM1                                                                                               Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-12700 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | AVENUE MOTOR SALES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9528 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8106 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/28/13 | 5 | Estate of Margaret J. Clark<br>John W. Clark, Executor<br>314 North Avenue<br>Batavia, IL 60510 | Payment on Settlement<br>of state court counter claim pursuant to Court Order<br>entered 11/15/12. | 1241-000 | 15,000.00 | | 15,000.00 |
| 02/26/13 | 001000 | International Surities, Ltd.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | | 2300-000 | | 15.98 | 14,984.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 14,963.88 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.26 | 14,941.62 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.50 | 14,920.12 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.18 | 14,897.94 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.43 | 14,876.51 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,854.39 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.08 | 14,832.31 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.34 | 14,810.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.02 | 14,788.95 |
| 01/07/14 | 001001 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 2,250.00 | 12,538.95 |
| 01/07/14 | 001002 | Springer Brown, LLC<br>Wheaton Executive Center<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,751.00 | 6,787.95 |
| 01/07/14 | 001003 | MCGLADREY, LLP<br>1252 Bell Valley Road | Accountant for Trustee Fees (Other | 3410-000 | | 992.00 | 5,795.95 |

Page Subtotals    15,000.00    9,204.05

Ver: 17.05c

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-12700 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | AVENUE MOTOR SALES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9528  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8106 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/14 | 001004 | Suite 300<br>PO Box 5365<br>Rockford, IL  61108<br>Automobile Mechanic's Local No. 701<br>c/o Jeffrey Krol, Johnson & Krol<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Claim 1, Payment 1.35280% | 7100-000 | | 5,795.95 | 0.00 |

|  | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 15,000.00 | 15,000.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 15,000.00 | 15,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9528 | 15,000.00 | 15,000.00 | 0.00 |
| | 15,000.00 | 15,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.00           5,795.95

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*